## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:  Rufus F. Stone, Jr.               Case No. 10-73492-SCS
        Rhonda Stone                       Chapter 7

        Debtors

### REPORT OF DEPOSIT OF SMALL DIVIDENDS/UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | $2.34 |
| **TOTAL** | **$2.34** |

Dated: August 11, 2011

_Carolyn L. Camardo_
Carolyn L. Camardo, Trustee
VSB #23814
258 N. Witchduck Road, Suite C
Virginia Beach, VA 23462
(757) 490-2200

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was served via the ECF System, this 11th day of August, 2011 to:

Office of the US Trustee*
Room 625, Federal Building
200 Granby Street
Norfolk, VA  23510
[USTPRegion04.NO.ECF@usdoj.gov]

                                                   /s/ Carolyn L. Camardo
                                                 Carolyn L. Camardo, Trustee

Printed: 08/11/11 10:10 AM

**Claims Distribution Small Checks**

Page: 1

Trustee: CAROLYN L. CAMARDO (660050)

Case: 10-73492 - STONE, RUFUS GASPER, JR.

| Account No. | Check No. | Issued | Claim No. | Filed | Payee: | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9200987853 7366 | 106 | 08/11/11 | 10 | 06/22/11 | | 610 | U.S. Bankruptcy Court Verizon Wireless | 147.48 | 147.48 | Check Amount: 2.34 | $2.34 2.34 |

(*) Denotes objection to Amount Filed